

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Andre Renor Evans

No. 06-19-00110-CR

Original Mandamus Proceeding

Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed as moot. Therefore, we dismiss the petition.

RENDERED JULY 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk